IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN WILLIAMS, # 279734, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:13cv305-TMH |
| | ) | (WO) |
| FRANK ALBRIGHT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the

ORDER, JUDGMENT, and DECREE of the court that the recommendation of the United States Magistrate Judge entered on July 24, 2013, (doc. # 16), be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 20th day of August, 2013.

                                                /s/ Truman M. Hobbs
                                               TRUMAN M. HOBBS
                                               SENIOR UNITED STATES DISTRICT JUDGE